**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Cam'ron Marcus Carrick, et al.,

Plaintiffs,

v.

William Brian Costello, et al.,

Defendants.

Case No. 2:26-cv-03721-APG-BNW

**ORDER**

Pro se Plaintiffs Cam'ron Marcus Carrick and Jewell Estell Briseno filed a complaint on their own behalf and on behalf of John Henry Briseno, whom Mr. Carrick purports to represent as "Next Friend" under Federal Rule of Civil Procedure 17(c). ECF No. 1-1. Mr. Carrick also filed an application to proceed *in forma pauperis*. ECF No. 1. As explained below, the application is denied without prejudice.

## I. Application to Proceed in Forma Pauperis

A party who files a civil action in this Court must pay a $405 filing fee, which consists of a $350 filing fee and a $55 administrative fee. A party who cannot prepay the fee may apply to proceed *in forma pauperis*. U.S.C. § 1915(a)(1). In such cases, a party must submit an application on the form provided by the court. LSR 1-1. Here, the information is not on the correct form.

In addition, Mr. Carrick purports to bring claims on behalf of John Henry Briseno as his "Next Friend" under Rule 17(c). Pro se plaintiffs may only represent themselves; they are prohibited from pursuing claims on behalf of others in a representative capacity. *Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664 (9th Cir. 2008) (collecting cases and noting that courts routinely prohibit pro se plaintiffs from representing others); *Russell v. United States*, 308 F.2d 78, 79 (9th Cir. 1962) ("A litigant appearing [pro se] has no authority to represent anyone other than himself."). Rule 17(c) does not change this result. As a result, each plaintiff who wishes to proceed *in forma pauperis* must file his or her own application.

## II. Conclusion

**IT IS THEREFORE ORDERED** that plaintiff Cam'ron Marcus Carrick's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

**IT IS FURTHER ORDERED** that by December 10, 2026, plaintiffs must either (1) pay the $405 filing fee or (2) *each* file a completed long form application to proceed *in forma pauperis* (AO 239). Mr. Carrick may not file an application on behalf of any other Plaintiff.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send each Plaintiff a copy of the application to proceed *in forma pauperis* (AO 240) and instructions for the same.

DATED: November 12, 2026

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE