**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CAM'RON MARCUS CARRICK, et al.,

Plaintiffs

v.

WILLIAM BRIAN COSTELLO, et al.,

Defendants

Case No.: 2:26-cv-03721-APG-BNW

**Order Granting Motion to Appear by Video**

[ECF No. 15]

I hereby grant the plaintiffs' motion (ECF No. 15) to participate in the November 24, 2026 preliminary injunction hearing by video.

Counsel and parties may appear either via Zoom or in person. The courtroom administrator will provide the Zoom link to counsel and parties, who are strictly instructed not to share or forward the link to anyone else. The plaintiffs may share the link with Alec James Harris, who may view the proceedings.

For clarity of the record and optimal participation, I strongly recommend that all participants use a headset with a microphone during the hearing.

**Photographing, recording, or rebroadcasting court proceedings is strictly prohibited.** Violations may result in sanctions. Counsel and parties are reminded that this is a formal court proceeding and that proper courtroom attire is expected.

Members of the public wishing to observe the proceeding must do so in person in Courtroom 6C.

DATED this day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE